UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES, ) | Case No.: 11-CR-00955-LHK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF RECUSAL |
| v. ) | |
| ) | |
| LINDA GOMEZ, a/k/a Linda Surrett, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, the undersigned Judge of the Court, hereby recuse myself from this case. The matter is hereby referred to the Assignment Committee for reassignment to another United States District Judge for all further proceedings. All pending dates of motions, pretrial conferences, and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: July 13, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CR-00955-LHK
ORDER OF RECUSAL