IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00955 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER CONTINUING |
| | ) | SENTENCING HEARING |
| vs. | ) | |
| | ) | |
| LINDA GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently scheduled for Thursday, June 6, 2013, shall be continued to Thursday, August 22, 2013, at 10:00 a.m.

Dated: June ___, 2013

_____
HON. D. LOWELL JENSEN
Senior United States District Judge

1] Order Continuing Sentencing Hearing