| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant GOMEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00955 DLJ |
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO EXTEND |
|  | ) | SURRENDER DATE |
| vs. | ) |  |
|  | ) |  |
| LINDA GOMEZ, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Defendant Linda Gomez and the government hereby stipulate and agree that the date for her voluntary surrender to the custody of the Bureau of Prisons may be extended from December 4, 2013, to December 11, 2013, at 2:00 p.m. The reason for the requested extension is to permit her to remain out of custody for her family's celebration of her wedding anniversary. United States Pretrial Services has been consulted as to the proposed extension and has no objection.

Dated: November 21, 2013

s/_____
JOSEPH FAZIOLI
Assistant United States Attorney

Stipulation to Extend Surrender Date
CR 11-00995 DLJ                                        1

1 | Dated: November 14, 2013

                                                                    s/_____
                                                                    CYNTHIA C. LIE
                                                                    Assistant Federal Public Defender

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                SAN JOSE DIVISION
10  UNITED STATES OF AMERICA,        )   No. CR-11-00955 DLJ
                                     )
11                 Plaintiff,        )   [] ORDER EXTENDING
                                     )   SURRENDER DATE
12  vs.                              )
                                     )
13  LINDA GOMEZ,                     )
                                     )
14                 Defendant.        )
    _____)
15

16      Good cause appearing and by stipulation of the parties, it is hereby ordered that the date

17  set for defendant Linda Gomez' voluntary surrender to the custody of the Bureau of Prisons shall

18  be extended from December 4, 2013, to December 11, 2013, at 2:00 p.m.

19

20  Dated: November 49, 2013

21                                            _____
                                              HON. D. LOWELL JENSEN
22                                            United States District Judge

23
24
25
26

[] Order Extending Surrender Date
CR 11-00995 DLJ                                    1